C. BERTRAM HUBBARD, INC., Respondent, v. SAUL BIRNS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

ELCO SHOE MANUFACTURERS, INC., Appellant, v. WILLIAM E. SISK and DANIEL H. MURPHY, as Executors, etc., of JOHN P. MURPHY, Deceased, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

J. J. SAMPLE and Others, Appellants, v. NEW YORK COTTON EXCHANGE and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

PHILIP GROSSMAN, Appellant, v. HENRY GREEN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HAROLD F. STONE, Doing Business, etc., Respondent, v. JOHN J. REYNOLDS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

LOUIS C. LOEWENSTEIN, Appellant, v. INTERNATIONAL CURTIS MARINE TURBINE COMPANY and CURTIS GAS ENGINE CORPORATION, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and Sherman, JJ.

P. GRASSI & BRO., INC., Respondent, v. LOVISA & PISTORESI, INC., and JARCHO BROS., INC., Respondents, Impleaded with NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY, Appellant, and 160 WEST SEVENTY-THIRD STREET CORPORATION and Others, Defendants.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

CHATHAM PLAN, INCORPORATED, Respondent, v. CLINTON TRUST COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

J. BROOKS NICHOLS and ROSA DUNLAP NICHOLS, Plaintiffs, v. CLARK, MAC-MULLEN & RILEY, INC., a Domestic Corporation and Others,, Respondents, Impleaded with THE CELOTEX COMPANY, Appellant.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and Sherman, JJ.

J. BROOKS NICHOLS and ROSA DUNLAP NICHOLS, Plaintiffs, v. CLARK, MAC-MULLEN & RILEY, INC., a Domestic Corporation, Respondent, Impleaded with THE CELOTEX COMPANY, Appellant, and CHARLES W. MACMULLEN and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and Sherman, JJ.

MEYER KLIBANSKY, Respondent, v. MARY KLIBANSKY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

STEPHEN H. BUTTS, Respondent, v. SADYE ABRAHAMS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and Townley, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. DANIEL J. KEOGH, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and

*Affd., 259 N. Y. 417.